IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WINFORD P. CHEEKS, JR., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 2:13-cv-00197-WCO |
| : | |
| OCWEN LOAN SERVICING LLC, : | |
| OCWEN FINANCIAL : | |
| CORPORATION, MORTGAGE : | |
| ELECTRONIC REGISTRATION : | |
| SYSTEMS, SATISH KUNBI, : | |
| ABHIJEET PEDMAKER, AMIT : | |
| MISHRAH, TANKA JAIN, MAHESH : | |
| MISHRAH, ALL RELATIONSHIP : | |
| MANAGERS FOR OCWEN LOAN : | |
| SERVICING, LLC, RICHARD B. : | |
| MANOR, P.C., AND NICOLE : | |
| GOLSON, AGENTS OF OCWEN, : | |
| OCWEN LOAN SERVICING, LLC, : | |
| SUCCESSOR TO LITTON LOAN : | |
| SERVICING, L.P., SERVICING : | |
| AGENT FOR HSBC BANK USA, : | |
| NATIONAL ASSOCIATION, AS : | |
| TRUSTEE FOR THE BENEFIT OF : | |
| THE CERTIFICATE HOLDERS OF : | |
| NOMURA HOME EQUITY LOAN, : | |
| INC., ASSET BACKED : | |
| CERTIFICATES, SERIES 2006-FM-2 : | |
| : | |
| Defendants. : | |

**ORDER**

The court has before it for consideration defendant Richard B. Maner, P.C.'s

motion to dismiss as to the claims against Richard B. Maner, P.C. and Nicole Golson

for failure to state a claim [15] and the remaining defendants' motion to dismiss [17]. Plaintiff, proceeding *pro se*, claims that defendants collectively engaged in a fraudulent foreclosure scheme. (*See* Am. Compl. ¶ 6. ECF No. 7.) Plaintiff did not file a response to either motion to dismiss.

A motion is deemed to be unopposed if a party fails to file a response. *See* LR 7.1(B), NDGa. The court is satisfied that plaintiff had the opportunity to file a response to the pending motions, even in light of plaintiff's past issues with counsel. (*See* Order, ECF No. 14.) Defendants mailed copies of their motions to plaintiff's address, and plaintiff still failed to respond. (*See* Mot. Dismiss 8, ECF No. 15; Mot. Dismiss 5, ECF No. 17.) Nonetheless, the court reviewed the pending motions and has determined that defendants would have prevailed even if plaintiff had filed a response to their motions to dismiss. Therefore, defendants' motions to dismiss [15, 17] are hereby **GRANTED**.

IT IS SO ORDERED, this 4th day of December, 2013.

                                        s/*William C. O'Kelley*
                                        William C. O'Kelley
                                        Senior United States District Judge